■     WILFRID PELLETIER, Respondent, v. MILDRED MOONEY, Appellant, et al., Defendant.— Order, dated May 6, 1960, denying defendant's motion to open her default in answering the complaint, unanimously reversed, on the law, on the facts, and in the exercise of discretion, and the motion granted on condition that defendant-appellant within 20 days of the service of the order herein, with notice of entry thereof, pay the full costs and disbursements of the action to date, together with the costs and disbursements of this appeal, and together with a copy of her proposed answer, and on the further condition that defendant-appellant obtain the appearance or written consent to appearance of the codefendant John T. Carroll, and, otherwise, the order is affirmed, with costs to plaintiff-respondent. Defendant-appellant's neglect is not so grave, nor was it of such persistence, as to justify preclusion absolutely of her right to defend the action. Settle order. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■     THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDDIE HODGES, Appellant, against HARRY SILBERGLITT, as Warden of the City Prison, Borough of Manhattan, Respondent.— Order dismissing the writ of habeas corpus and remanding the relator unanimously reversed, on the law and on the facts, the writ sustained and the relator discharged from custody. An extradition proceeding grounded upon an affidavit requires closer scrutiny than one based upon an indictment which carries with it the presumption that witnesses testified before a Grand Jury. The affidavit of the prosecutrix fails to set forth sufficient facts establishing the commission of the crime. (*People ex rel. De Martini* v. *McLaughlin*, 243 N. Y. 417; *People ex rel. Gellis* v. *Sheriff*, 251 N. Y. 33; *People ex rel. Shurburt* v. *Noble*, 4 A D 2d 649.) The offense charged is "cheating and swindling prosecutrix out of $300 by fraudulent means and artful practices". The fraudulent means and artful practices are not set forth. The papers fail to establish the commission of a crime. (*People ex rel. Lawrence* v. *Brady*, 56 N. Y. 182, 188.) Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■     BARNETT & COMPANY, INC., et al., Appellants, v. NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., et al., Respondents.— Order, dated May 9, 1960, denying plaintiffs' motion for an order temporarily restraining and enjoining defendants from proceeding with any hearing, unanimously affirmed, with $50 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■     CORA KOHLMANN et al., Respondents, v. CITY OF NEW YORK, Defendant. GERARD I. NIERENBERG et al., Appellants.— Order, dated May 31, 1960, denying attorneys' motion for a fee in an amount greater than that specified in the schedule, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.